166 So. 794

## In re OPINION OF THE JUSTICES.

### No. 39.

Supreme Court of Alabama.
April 8, 1936.

Response to Senate Resolution No. 43.

To the Senate of Alabama,
Montgomery.

Sirs:

Your inquiry refers, as we assume, to the bill considered by us relating to substitute House Bill No. 180, in which, in our response, we stated that the bill was one relating to the police power of the state, with revenue merely incidental thereto, and that it was, therefore, not a revenue bill within the call of the Governor authorizing its passage by a majority vote.

As we understand your present inquiry, the House amended the title of the act

from one "to provide for the General Revenue of the State of Alabama" to its present form, without change of the purpose of the bill, which is more in keeping with our holding as above indicated. Or, as otherwise stated, the change of the title as made, conforms to the real substance and purpose of the bill, as we have heretofore stated, and was entirely proper.

The amendment of the title, therefore, as thus indicated, by the House in no manner ran counter to section 61 of the Constitution, and our answer is therefore in the negative.

Respectfully submitted,

JOHN C. ANDERSON,
Chief Justice.
LUCIEN D. GARDNER,
WILLIAM H. THOMAS,
VIRGIL BOULDIN,
JOEL B. BROWN,
A. B. FOSTER,
THOMAS E. KNIGHT,
Associate Justices.